O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-3226 AHM (PLAx) | Date | February 19, 2009 |
|---|---|---|---|
| Title | LIFE ALERT EMERGENCY RESPONSE, INC. v. LIFEALERT SECURITY, INC. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:          Attorneys **NOT** Present for Defendants:

**Proceedings:**          IN CHAMBERS (No Proceedings Held)

      The Court at its discretion accepts Defendant's late-filed Answer to the First Amended Complaint. Plaintiff's Request for Clerk to Enter Default is VACATED as moot.[1]

                                                        :

                                    Initials of Preparer          SMO

---

[1]Docket No. 28.