

Ralph C. Loeb, Esq. (#124773)
Email: Ralph@kranesmith.com
**KRANE & SMITH**
16255 Ventura Boulevard
Suite 600
Encino, CA 91436

Tel: (818) 382-4000
Fax: (818) 382-4001

Attorneys for Plaintiff, LIFE ALERT EMERGENCY RESPONSE, INC.

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LIFE ALERT EMERGENCY RESPONSE, INC., a California corporation,

Plaintiff,

vs.

LIFEALERT SECURITY, INC., a Canadian corporation,

Defendant.

CASE NO. CV08-03226 AHM (PLAx)

[Assigned for All Purposes to The Honorable A. Howard Matz]

**FINAL JUDGMENT AND PERMANENT INJUNCTION**

Plaintiff Life Alert Emergency Response, Inc. ("Plaintiff") and Defendant LIFEALERT SECURITY, INC. ("Defendant") having stipulated to a Final Judgment and Permanent Injunction, and having waived any required findings of fact and/or conclusions of law, and having further waived any additional notice, and having stipulated and agreed that this Permanent Injunction may be entered forthwith;

**IT IS ORDERED, ADJUDGED AND DECREED:**

1. Defendants LIFEALERT SECURITY, INC., and any person or entity owned or controlled by LIFEALERT SECURITY, INC. ("Enjoined Parties"), are hereby permanently, restrained, enjoined and prohibited, directly or indirectly, by any means, method or device whatsoever, from using the trademarks "Life Alert", "Help, I've Fallen and I Can't Get Up!" and "I've Fallen and I Can't Get Up!", or any imitation or variation thereof, including, but not limited to, as a trademark, service mark or trade name or purchasing or bidding on them as "keywords" on internet search engines or using them in connection with any website, whether visible text of the website or in metatags. Notwithstanding the foregoing, Defendant may use the word "Life" as part of its trademarks, service marks or trade names, but not "Alert".

2. This Final Judgment and Permanent Injunction contained herein shall be binding upon the Enjoined Parties upon entry by the Court without further notice to any party. The Court shall retain jurisdiction of this matter for purposes of enforcement, performance and modification of this Final Judgment and Permanent Injunction.

3. No bond shall be required to secure this Final Judgment and Permanent Injunction.

///

///

///

///

S:\AHM\CRD\Civil\Saved Minute Orders etc\2008\LA08CV03226AHM-J.wpd

4. That upon entry by the Court of the Final Judgment and Permanent Injunction, all claims against Defendant are dismissed with prejudice.

5. That each party shall bear its own costs and fees.

DATED: November 9, 2009

Honorable A. Howard Matz
DISTRICT COURT JUDGE

S:\AHM\CRD\Civil\Saved Minute Orders etc\2008\LA08CV03226AHM-J.wpd